Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Southern .

_____ Division

Nash N. Tuten
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The City of Savannah ECT, AI.
Denise L. Cooper, Attorney
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. CV423 350
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2023 DEC 14 CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Noshuneo By'i Tuten
  Address: 1074 Cecl Crutten Drive.
  City: Savannah   State: GA   Zip Code: 31405
  County: Chatham County
  Telephone Number: Ø
  E-Mail Address: Ø

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: "The City of Savannah"
  Job or Title (if known): Law Enforcement Agent: Justin Crause "Detective" S.C.M.P.D #63006.
  Address: 6600 Abercorn Street, S.P.D.
  City: Savannah   State: Georgia   Zip Code: 31401
  County: Chatham County
  Telephone Number: Main Office: 912-651-6675
  E-Mail Address (if known): Main Office: 912-351-3400
  ☐ Individual capacity   ☒ Official capacity

  Defendant No. 2
  Name: "Eastern Judicial Circuit"
  Job or Title (if known): Judicial Officer Agent: Harris Odell, Magistrate Judge
  Address: 133 Montgomery St, Suite "501"
  City: Savannah   State: Georgia   Zip Code: 31401
  County: Chatham County, Superior Courts.
  Telephone Number:
  E-Mail Address (if known):
  ☐ Individual capacity   ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Grand Jury Baliff
Job or Title (if known): Law Enforcement Agent Sheriff
Address: 1050 Carl Griffin Drive.
City: Savannah   State: Georgia   Zip Code: 31405
County: Chatham County.
Telephone Number: 912-652-7200.
E-Mail Address (if known): Chatham-County Courts.
☐ Individual capacity   ☑ Official capacity

*City of Strawberry*

Defendant No. 4
Name: Officer Dustin Bolfrone. #64034*
Job or Title (if known): Law Enforcement Agent.
Address: 10 Chestnut Street.
City: New Britain   State: CT.   Zip Code: 06051.
County: Connecticut.
Telephone Number: Main Office. 860-826-3140.
E-Mail Address (if known):
☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment. 5th 6th 14th Amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 1001 East Gwinnett Ali's Oit Street Savannah Georgia, 31401 Please review Civil case docket # SPCV-22-00440-CO 911-caller.

B. What date and approximate time did the events giving rise to your claim(s) occur? SEPT 20, 2020, 0:645 AM.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was injured as a result from a Breach of contract. The City of Savannah Law enforcement Agent caused us Injuries. Breach of duty the staff defendants in us civil action please review Case summary. SPCV-22-00440-CO.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Broken ankle. Mental anguish, Post Traumatic Stress Disorder. Extreme emotional duress, pain and suffering. Immediately Danger of a serious physical injury. I am I Fear of my life.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. $20,000,000 Dollars for my Constitutional Rights Being violated. Exonerated my Record. $20,000,000 Breach of Contract. $20,000,000 For Consciously Being At Fault, For Irreparable Damage. I am in Fear for my life. It would never Be the same.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-11-2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: [handwritten]

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
   _____ _____ _____
   City        State        Zip Code
Telephone Number _____
E-mail Address _____

JailATM.com – Chatham County Jail
Inmate DIN ID# NEIGH.Tutu
Inmate full name 202000090896
925B Peachtree St. NE  Box 2062
Atlanta, Georgia  30309

JACKSONVILLE FL 320
12 DEC 2023 PM 1 L

P.O. Box 8286
Savannah GA, 31412

RECEIVED
U.S. Marshals Service
Savannah Georgia



Chatham County Sheriff's Complex
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.