UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NASH N. TUTEN,                          )
                                        )
                Plaintiff,              )
                                        )
v.                                      )          CV423-350
                                        )
THE CITY OF SAVANNAH, *et al.*,         )
                                        )
                Defendants.             )

**ORDER**

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation (R&R), (doc. no. 6), to which no

objections[1] have been filed.    Accordingly, the Report and Recommendation is

**ADOPTED**.   Plaintiff's Motions[2] to Proceed <u>In Forma Pauperis</u> are **DENIED**, pursuant

to 28 U.S.C. § 1915(g). (Docs. nos. 2 & 7.) Plaintiff's Complaint is **DISMISSED without**

**prejudice**. (Doc. no. 1); <u>see also</u> <u>Dupree v. Palmer</u>, 284 F.3d 1234, 1236 (11th Cir. 2002).

The Clerk is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2024.

_____
    J. RANDAL HALL, CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

_____

[1] Tuten did file a document titled "Summary Judgment." (Doc. no. 9.) That document does not include anything that could be construed as an objection to the Magistrate Judge's conclusion that Tuten is barred from proceeding <u>in forma pauperis</u> pursuant to § 1915(g).

[2] Tuten's original Motion was not signed, (doc. no. 3), his second motion corrected that defect, (doc. no. 7).